FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAR 09 2012

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

⭒ PS 8
(12/04)

# UNITED STATES DISTRICT COURT

for

### Eastern District of Washington

U.S.A. vs.        Alice C. Woodburn        Docket No.        2:11CR00181-008

## Petition for Action on Conditions of Pretrial Release

COMES NOW Erik Carlson, Pretrial Services Officer, presenting an official report upon the conduct of defendant Alice C. Woodburn, who was placed under pretrial release supervision by the Honorable Cynthia Imbrogno sitting in the court at Spokane, Washington, on the 23rd day of January 2012, under the following conditions:

**Condition #9:** Defendant shall refrain from the use of unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach.)

**Violation #1:** On January 26, 2012, the defendant provided a urine sample that detected the presence of methamphetamine.

**Violation #2:** On January 30, 2012, the defendant provided a urine sample that detected the presence of methamphetamine.

## PRAYING THAT THE COURT WILL ORDER A SUMMONS

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:        03/09/2012

by        s/Erik Carlson

Erik Carlson
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[X] The Issuance of a Summons
[ ] Other

_____
Signature of Judicial Officer

3/9/2012
Date